FILED

04/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0021

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0021

_____

GREGG ALLEN ZINDELL,

      Petitioner and Appellant,

    v.

STATE OF MONTANA,

      Respondent and Appellee.

_____

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including May 23, 2023, within which to prepare, file, and serve the State's response brief.

BB

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 18 2023